UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 07-20228-CR-GRAHAM

UNITED STATES OF AMERICA

       Plaintiff,

vs.

JUAN CARLOS VERGARA MONTES,

       Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Edwin G. Torres, on March 9, 2009. A Report and Recommendation filed on April 9, 2009 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Edwin G. Torres is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Counts Five and Eight of the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of May, 2009.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Torres
        Michel Sofia, AUSA
        Arnaldo Jesus Suri, Esq.
```